## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## DETROIT DIVISION

LUELLA BASS,

                 Plaintiff,

v.

CONTEMPORARY INFORMATION
CORPORATION,

                 Defendant.

Civil Action No.
3:22-cv-10200-RHC-EAS

**ORDER**

Upon review of the Parties' Stipulation for Dismissal with Prejudice of Defendant Contemporary Information Corporation, (CIC), and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice, as to Defendant Contemporary Information Corporation.

**IT IS SO ORDERED.**

Dated: July 19, 2022,

                     s/Robert H. Cleland
                     ROBERT H. CLELAND
                     UNITED STATES DISTRICT JUDGE